## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FREDERICK SEITZ and<br>MARY LOUISE SEITZ, his wife | : <br> : <br> : | C.A. No. |
| Plaintiffs, | : <br> : | Jury of Twelve Demanded |
| v. | : <br> : | State Court No.: 08C-04-247 ASB |
| ADEL WIGGINS GROUP; AEROJET-GENERAL CORPORATION; AIR COOLED MOTORS; BELL HELICOPTER TEXTRON INC.; THE BOEING COMPANY; CBS CORPORATION (f/k/a Viacom Inc., Successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation); CESSNA AIRCRAFT RHODE ISLAND INC.; CURTISS-WRIGHT CORPORATION; FLETCHAIR, INC.; FRANKLIN AIRCRAFT ENGINES, INC.; GARLOCK SEALING TECHNOLOGIES LLC (successor by merger to Garlock, Inc.); GENERAL ELECTRIC COMPANY; GENERAL MOTORS CORPORATION; GOODRICH CORPORATION, A NEW YORK CORPORATION (f/k/a B.F. Goodrich Company); THE GOODYEAR TIRE & RUBBER COMPANY; HAWKER BEECHCRAFT, INC. (f/k/a Raytheon Aircraft Company); HONEYWELL INTERNATIONAL INC. (f/k/a Alliedsignal, Inc., as successor-in-Interest to The Bendix Corporation); IMO INDUSTRIES INC.; LYCOMING ENGINES; NORTHROP GRUMMAN CORPORATION; PARKER-HANNIFIN CORPORATION; PRATT & WHITNEY ROCKETDYNE, INC. (f/k/a Pratt & Whitney Aircraft Company); RAYTHEON COMPANY; ROLLS-ROYCE NORTH AMERICA, INC.; SIKORSKY AIRCRAFT CORPORATION; TELEDYNE CONTINENTAL MOTORS INC., TEXTRON INC.; UNION CARBIDE CORPORATION; UNITED TECHNOLOGIES CORPORATION; VOUGHT AIRCRAFT INDUSTRIES, INC., | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Defendants. | : | |

## *NOTICE OF TAG-ALONG ACTION*

On July 29, 1991, the Judicial Panel on Multidistrict Litigation (the "Panel") entered an order transferring all asbestos cases pending in the federal courts to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions" pending in federal district courts and involving common questions of fact with actions previously transferred under Section 1407.

|  |  |
|---|---|
| *Of counsel:* | SMITH, KATZENSTEIN & FURLOW LLP |
| M. Douglas Eisler | /s/ *Robert K. Beste* |
| Ryan Lane Leonard | Robert K. Beste, III (No. 3931) |
| Wilson Elser Moskowitz | Post Office Box 410 |
|   Edelman & Dicker LLP | Wilmington, Delaware 19899 |
| Independence Square West | (302) 652-8400 |
| The Curtis Center, Suite 1130 East | (302) 652-8405 (facsimile) |
| Philadelphia, Pennsylvania 19106-3308 | rkb@skfdelaware.com |
| (215) 627-6900 | |
| (215) 627-2665 (facsimile) | |

June 11, 2008