**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FREDERICK SEITZ and | : | |
| MARY LOUISE SEITZ, his wife | : | C.A. No. |
| | : | |
| Plaintiffs, | : | Jury of Twelve Demanded |
| | : | |
| v. | : | State Court No.: 08C-04-247 ASB |
| | : | |
| ADEL WIGGINS GROUP; AEROJET- | : | |
| GENERAL CORPORATION; AIR COOLED | : | |
| MOTORS; BELL HELICOPTER TEXTRON | : | |
| INC.; THE BOEING COMPANY; CBS | : | |
| CORPORATION (f/k/a Viacom Inc., Successor by | : | |
| merger to CBS Corporation, f/k/a Westinghouse | : | |
| Electric Corporation); CESSNA AIRCRAFT | : | |
| RHODE ISLAND INC.; CURTISS-WRIGHT | : | |
| CORPORATION; FLETCHAIR, INC.; | : | |
| FRANKLIN AIRCRAFT ENGINES, INC.; | : | |
| GARLOCK SEALING TECHNOLOGIES LLC | : | |
| (successor by merger to Garlock, Inc.); GENERAL | : | |
| ELECTRIC COMPANY; GENERAL MOTORS | : | |
| CORPORATION; GOODRICH CORPORATION, | : | |
| A NEW YORK CORPORATION (f/k/a B.F. | : | |
| Goodrich Company); THE GOODYEAR TIRE & | : | |
| RUBBER COMPANY; HAWKER | : | |
| BEECHCRAFT, INC. (f/k/a Raytheon Aircraft | : | |
| Company); HONEYWELL INTERNATIONAL | : | |
| INC. (f/k/a Alliedsignal, Inc., as successor-in- | : | |
| Interest to The Bendix Corporation); IMO | : | |
| INDUSTRIES INC.; LYCOMING ENGINES; | : | |
| NORTHROP GRUMMAN CORPORATION; | : | |
| PARKER-HANNIFIN CORPORATION; PRATT | : | |
| & WHITNEY ROCKETDYNE, INC. (f/k/a Pratt & | : | |
| Whitney Aircraft Company); RAYTHEON | : | |
| COMPANY; ROLLS-ROYCE NORTH | : | |
| AMERICA, INC.; SIKORSKY AIRCRAFT | : | |
| CORPORATION; TELEDYNE CONTINENTAL | : | |
| MOTORS INC., TEXTRON INC.; UNION | : | |
| CARBIDE CORPORATION; UNITED | : | |
| TECHNOLOGIES CORPORATION; VOUGHT | : | |
| AIRCRAFT INDUSTRIES, INC., | : | |
| | : | |
| Defendants. | : | |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Bell Helicopter Textron Inc. discloses:

a.      Bell Helicopter Textron Inc. is a wholly owned subsidiary of Textron Inc.

b.      Cessna Aircraft Company is a wholly owned subsidiary of Textron Inc.

c.      Lycoming Engines is a division of AVCO Corporation.  AVCO Corporation is a wholly owned subsidiary of Textron Inc.

d.      Cessna Aircraft Rhode Island, is an intellectual property holding company and is a wholly owned subsidiary of Textron Inc.

e.      There are no corporations or other business entities affiliated with this defendant having a financial interest in the outcome of this litigation.

|  |  |
|---|---|
| | SMITH, KATZENSTEIN & FURLOW LLP |
| *Of counsel:* | |
| M. Douglas Eisler |    /s/  *Robert K. Beste* |
| Ryan Lane Leonard | Robert K. Beste, III (No. 3931) |
| Wilson Elser Moskowitz | Post Office Box 410 |
|   Edelman & Dicker LLP | Wilmington, Delaware 19899 |
| Independence Square West | (302) 652-8400 |
| The Curtis Center, Suite 1130 East | (302) 652-8405 (facsimile) |
| Philadelphia, Pennsylvania 19106-3308 | rkb@skfdelaware.com |
| (215) 627-6900 | |
| (215) 627-2665 (facsimile) | |

June 11, 2008