IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
| | |
|---|---|
| IN RE: ASBESTOS LITIGATION: | |
| FREDERICK SEITZ and | |
| MARY LOUISE SEITZ, his wife | |
| | C.A. No. 08-CV-0351 GMS |
| Plaintiffs, | C.A. No. 08-CV-0353 GMS |
| v. | |
| ADEL WIGGINS GROUP, et al., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## WAIVER OF CLAIMS

Plaintiffs Frederick and Mary Louise Seitz filed their Complaint in Delaware State Court, New Castle County, on April 25, 2008. Plaintiffs alleged the following: Count I – Negligence; Count II – Willful And Wanton Conduct; Count II – Strict Product Liability; and Count IV – Loss of Consortium. Within the negligence and strict liability counts are claims for failure to warn, design defect, and manufacturing defect.

Plaintiffs waive all negligence and strict product liability claims against all defendants except for a state law failure to warn claim. Plaintiffs specifically waive any other claims of design defect or manufacturing defect.

Respectfully submitted,

LAW OFFICE OF JOSEPH J. RHOADES

/s/   A. Dale Bowers
Joseph J. Rhoades, Esquire (I.D. 2064)
A. Dale Bowers, Esquire (I.D. 3932)
1225 King Street, 12th Floor
Wilmington, Delaware 19801

{00121596.DOC}

       302-427-9500
       Attorneys for Plaintiffs

       -and-

       LEVY PHILLIPS & KONIGSBERG, LLP
       Jerome H. Block, Esq. (NY Id. No. 3997245)
       Sharon J. Zinns, Esq. (CA Id. No. 241476)
       Amber R. Long, Esq. (NY Id. No. 4397188)
       800 Third Avenue, 13th Floor
       New York, New York 10022
       Phone: (212) 605-6200
       Fax: (212) 605-6290

Dated: July 2, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2008, I caused service of a copy of the foregoing Waiver of Claims on the following counsel of record and parties in the corresponding state court action, by U.S. Mail and/or e-file:

Christian J. Singewald, Esquire  (E-FILE)
White & Williams
824 Market Street, Suite 902
Wilmington, Delaware 19801-4938

Beth Valocchi, Esquire (U.S. MAIL)
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
Wilmington, Delaware 19801

Loreto P. Rufo, Esquire (U.S. MAIL)
Rufo Associates, P.A.
7217 Lancaster Pike, Suite 4
Hockessin, Delaware 19701

Gary H. Kaplan, Esquire (E-FILE)
Armand J. Della Porta, Esquire
Ana Marina McCann, Esquire
Marshall Dennehey Warner
Coleman & Goggin
1220 North Market Street, 5th Floor
Post Office Box 8888
Wilmington, Delaware 19899-8888

Lynne M. Parker, Esquire  (E-FILE)
Holistein, Keating, Cattell,
Johnson & Goldstein
One Commerce Center, Suite 730
1201 North Orange Street
Wilmington, Delaware 19801

Daniel M. Silver, Esquire (E-FILE)
Noriss E. Cosgrove, Esquire
McCarter & English, LLP
405 North King Street, 8th Floor
Post Office Box 111
Wilmington, Delaware 19899

{00121596.DOC}

J. Michael Johnson, Esquire (U.S. MAIL)
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Post Office Box 588
Wilmington, Delaware 19899-0588

Jeffrey S. Marlin, Esquire (E-FILE)
Megan T. Mantzavinos, Esquire
Marks O'Neill O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, Delaware 19801

Penelope B. O'Connell, Esquire (E-FILE)
Elzufon Austin Reardon Tarlov
& Mondell, P.A.
300 Delaware Avenue, Suite 1700
Post Office Box 1630
Wilmington, Delaware 19899-1630

Robert K. Beste, III, Esquire (E-FILE)
Smith, Katzenstein & Furlow
P.O. Box 410
Wilmington, DE 19899

Air Cooled Motors (U.S. MAIL)
94 Hale Dr.
Walterboro, SC 29488

CURTIS-Wright Corporation (U.S. MAIL)
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

Goodrich Corporation. (U.S. MAIL)
c/o Corporation Service Company
2711 Centerville Road, Suite
Wilmington, Delaware 19808

Paul A. Bradley, Esquire (E-FILE)
Maron Marvel Bradley & Anderson, P.A.
1201 North Market Street, Suite 900
Post Office Box 288
Wilmington, Delaware 19899

Adel Wiggins Group (U.S. MAIL)

Attn: Officer/Agent
5000 Triggs Street
Los Angeles, California 90022

Aerojet General Corporation (U.S. MAIL)
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

Fletch Air, Inc. (U.S. MAIL)
118 FM 1621
Comfort, TX  78013-3425

Franklin Aircraft Engines, Inc. (U.S. MAIL)
136 Racquette Dr.
Ft. Collis, CO  80524

Rolls Royce North America, Inc. (U.S. MAIL)
c/o Corporation Service Co.
2711 Centerville Rd., Suite 400
Wilmington, DE  19808

/s/A. Dale Bowers
_____
Joseph J. Rhoades, Esquire (Bar ID No. 2064)
A. Dale Bowers, Esquire (Bar ID No. 3932)
1225 King Street, 12th Flr.
P.O. Box 874
Wilmington, DE  19899
302-427-9500
Attorneys for Plaintiff

LEVY PHILLIPS & KONIGSBERG, LLP
Jerome H. Block, Esquire (NY ID No. 3997246)
Sharon J. Zinns, Esquire (CA ID No. 241476)
Amber R. Long, Esquire (NY ID No. 4397188)
800 Third Ave., 13th Flr.
New York, NY  10022