**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
                                              :
IN RE: ASBESTOS LITIGATION:                   :    C.A. No. 08-CV-00351 GMS
                                              :    C.A. No. 08-CV-00353 GMS
FREDERICK SEITZ and                           :
MARY LOUISE SEITZ, his wife                   :
                                              :
        Plaintiffs,                           :
                                              :
                                              :
             v.                               :
                                              :
                                              :
ADEL WIGGINS GROUP, et al.,                   :
                                              :
        Defendants.                           :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
```

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jerome Block to represent Plaintiffs in this matter.

                                                   Respectfully submitted,

                                                   LAW OFFICE OF JOSEPH J. RHOADES

                                                   By: /s/ A. Dale Bowers
                                                   Joseph J. Rhoades, Esquire (I.D. 2064)
                                                   A. Dale Bowers, Esquire (I.D. 3932)
                                                   1225 North King Street, 12th Floor
                                                   Wilmington, Delaware 19801
                                                   302-427-9500
                                                   Attorneys for Plaintiff

                                                   -and-

LEVY PHILLIPS & KONIGSBERG, LLP
Jerome H. Block, Esq. (NY Id. No.3997145)
Sharon Zinns, Esq. (CA Id. No. 241476)
Amber R. Long, Esq. (NY Id. No.4397188)
800 Third Avenue, 13th Floor
New York, NY 10022
Phone: (212) 605-6200
Fax: (212) 605-6290

Dated: July 14, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------X
IN RE: ASBESTOS LITIGATION:           :    C.A. No. 08-CV-00351 GMS
                                      :    C.A. No. 08-CV-00353 GMS
FREDERICK SEITZ and                   :
MARY LOUISE SEITZ, his wife           :
                                      :
       Plaintiffs,                    :
                                      :
       v.                             :
                                      :
ADEL WIGGINS GROUP, et al.,           :
                                      :
       Defendants.                    :
                                      :
------------------------------X

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I, Jerome Block, certify that I am eligible for admission to this Court.

I am admitted, practicing and in good standing as a member of the Bar of the State of New York, Bar Id. No. 3997145, the State of Missouri, Bar Id. No. 48510, and the United States District Courts for the Southern and Eastern Districts of New York, Id. No. JB-5411.

Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

[Signature on the following page]

{00120787.DOC}

Date: 7-11-08

Signed: _____
Jerome Block

LEVY PHILLIPS & KONIGSBERG, LLP
800 Third Avenue, 13th Floor
New York, NY 10022
Phone: (212) 605-6200
Fax: (212) 605-6290

{00120787.DOC}

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2008, I caused service of a copy of the foregoing Plaintiffs' Motion Pro Hac Vice of Jerome Block, Esquire on the following counsel of record and parties in the corresponding state court action, by U.S. Mail and/or e-file:

Christian J. Singewald, Esquire  (E-FILE)
White & Williams
824 Market Street, Suite 902
Wilmington, Delaware 19801-4938

Beth Valocchi, Esquire (U.S. MAIL)
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
Wilmington, Delaware 19801

Loreto P. Rufo, Esquire (U.S. MAIL)
Rufo Associates, P.A.
7217 Lancaster Pike, Suite 4
Hockessin, Delaware 19701

Gary H. Kaplan, Esquire (E-FILE)
Armand J. Della Porta, Esquire
Ana Marina McCann, Esquire
Marshall Dennehey Warner
Coleman & Goggin
1220 North Market Street, 5th Floor
Post Office Box 8888
Wilmington, Delaware 19899-8888

Lynne M. Parker, Esquire  (E-FILE)
Holistein, Keating, Cattell,
Johnson & Goldstein
One Commerce Center, Suite 730
1201 North Orange Street
Wilmington, Delaware 19801

Daniel M. Silver, Esquire (E-FILE)
Noriss E. Cosgrove, Esquire
McCarter & English, LLP
405 North King Street, 8th Floor
Post Office Box 111
Wilmington, Delaware 19899

J. Michael Johnson, Esquire (U.S. MAIL)
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Post Office Box 588
Wilmington, Delaware 19899-0588

Jeffrey S. Marlin, Esquire (E-FILE)
Megan T. Mantzavinos, Esquire
Marks O'Neill O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, Delaware 19801

Penelope B. O'Connell, Esquire (E-FILE)
Elzufon Austin Reardon Tarlov
& Mondell, P.A.
300 Delaware Avenue, Suite 1700
Post Office Box 1630
Wilmington, Delaware 19899-1630

Robert K. Beste, III, Esquire (E-FILE)
Smith, Katzenstein & Furlow
P.O. Box 410
Wilmington, DE 19899

Air Cooled Motors (U.S. MAIL)
94 Hale Dr.
Walterboro, SC 29488

CURTIS-Wright Corporation (U.S. MAIL)
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

Goodrich Corporation. (U.S. MAIL)
c/o Corporation Service Company
2711 Centerville Road, Suite
Wilmington, Delaware 19808

Paul A. Bradley, Esquire (E-FILE)
Maron Marvel Bradley & Anderson, P.A.
1201 North Market Street, Suite 900
Post Office Box 288
Wilmington, Delaware 19899

Adel Wiggins Group (U.S. MAIL)

Attn: Officer/Agent
5000 Triggs Street
Los Angeles, California 90022

Aerojet General Corporation (U.S. MAIL)
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

Fletch Air, Inc. (U.S. MAIL)
118 FM 1621
Comfort, TX  78013-3425

Franklin Aircraft Engines, Inc. (U.S. MAIL)
136 Racquette Dr.
Ft. Collis, CO  80524

Rolls Royce North America, Inc. (U.S. MAIL)
c/o Corporation Service Co.
2711 Centerville Rd., Suite 400
Wilmington, DE  19808

/s/A. Dale Bowers
_____
Joseph J. Rhoades, Esquire (Bar ID No. 2064)
A. Dale Bowers, Esquire (Bar ID No. 3932)
1225 King Street, 12th Flr.
P.O. Box 874
Wilmington, DE  19899
302-427-9500
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
IN RE: ASBESTOS LITIGATION:       :   C.A. No. 08-CV-00351 GMS
                                  :   C.A. No. 08-CV-00353 GMS
FREDERICK SEITZ and               :
MARY LOUISE SEITZ, his wife       :
                                  :
    Plaintiffs,                  :
                                  :
            v.               :
                                  :
ADEL WIGGINS GROUP, et al.,       :
                                  :
    Defendants.                  :
                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


                                                                                                        _____

Date:_____                                   United States District Judge

{00120600.DOC}