IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION: | ) |
| | ) |
| FREDERICK SEITZ and | ) |
| MARY LOUISE SEITZ, his wife | ) C.A. No. 08-CV-00351 GMS |
| | ) C.A. No. 08-CV-00353 GMS |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ADEL WIGGINS GROUP, *et al.* | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

I, Katharine L. Mayer, Esquire, a member of the Delaware bar of this Court, pursuant to Rule 83.5, move the admission *Pro Hac Vice* of Mary A. Wells, Esquire of Wells, Anderson & Race, LLC, 1700 Broadway, Suite 1020, Denver, CO 80290 to represent Defendants Raytheon Company and Hawker Beechcraft, Inc.

                                                      **McCARTER & ENGLISH, LLP**

                                                      */s/* Katharine L. Mayer
                                                    Katharine L. Mayer (DE Bar #3758)
                                                    Daniel M. Silver (DE Bar #4758)
                                                    Renaissance Center
                                                    405 N. King Street, 8th Floor
                                                    Wilmington, DE  19801
                                                    (302) 984-6300
                                                    Attorneys for Defendant
                                                    Raytheon Company and
Dated: July 16, 2008                          Hawker Beechcraft, Inc.

ME1 7514974v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION: | ) |
| | ) |
| FREDERICK SEITZ and | ) |
| MARY LOUISE SEITZ, his wife | ) C.A. No. 08-CV-00351 GMS |
| | ) C.A. No. 08-CV-00353 GMS |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ADEL WIGGINS GROUP, *et al.* | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Mary A. Wells, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Colorado, the United States Supreme Court, the Fifth, Tenth and Eleventh Circuit Courts and the District of Colorado.

Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: 7/11/08

Mary A. Wells, Esq.
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290

ME1 7514974v.1

## CERTIFICATE OF SERVICE

I, Katharine L. Mayer, hereby certify that on July 16, 2008, I caused a copy of the foregoing *Motion and Order for Admission Pro Hac Vice* to be served upon all counsel of record via the Pacer E-File system and/or U.S. Mail:

**Via E-File:**
Christian J. Singewald, Esq.
White & Williams
824 Market Street, Suite 902
Wilmington, DE 19801-4938

Gary H. Kaplan, Esq.
Armand J. Della Porta, Esq.
Ana Marina McCann, Esq.
Marshall Dennehey Warner
 Coleman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Lynne M. Parker, Esq.
Holistein, Keating, Cattell,
 Johnson & Goldstein
One Commerce Center, Suite 730
1201 N. Orange Street
Wilmington, DE 19801

Robert K. Beste, III, Esquire
Smith, Katzenstein & Furlow
P.O. Box 410
Wilmington, DE 19899

Jeffrey S. Marlin, Esq.
Megan T. Mantzavinos, Esq.
Marks O'Neill O'Brien & Courtney, P.C.
913 N. Market Street, Suite 800
Wilmington, DE 19801

Penelope B. O'Connell, Esq.
Elzufon Austin Reardon Tarlov
 & Mondell, P.A., P.O. Box 1630
300 Delaware Ave., Suite 1700
Wilmington, DE 19899-1630

Paul A. Bradley, Esquire
Maron Marvel Bradley & Anderson, P.A.
1201 North Market Street, Suite 900
Post Office Box 288
Wilmington, Delaware 19899

**Via U.S. Mail:**
Beth Valocchi, Esquire
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
Wilmington, Delaware 19801

J. Michael Johnson, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Post Office Box 588
Wilmington, Delaware 19899-0588

Air Cooled Motors
94 Hale Dr.
Walterboro, SC 29488

CURTIS-Wright Corporation
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

Goodrich Corporation
c/o Corporation Service Company
2711 Centerville Road, Suite
Wilmington, Delaware 19808

Adel Wiggins Group
Attn: Officer/Agent
5000 Triggs Street
Los Angeles, California 90022

ME1 7514974v.1

**Via U.S. Mail Con't:**
Aerojet General Corporation
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

Fletch Air, Inc.
118 FM 1621
Comfort, TX 78013-3425

Franklin Aircraft Engines, Inc.
136 Racquette Dr.
Ft. Collis, CO 80524

Rolls Royce North America, Inc.
c/o Corporation Service Co.
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

Loreto P. Rufo, Esquire
Rufo Associates, P.A.
7217 Lancaster Pike, Suite 4
Hockessin, Delaware 19701

/s/ Katharine L. Mayer
Katharine L. Mayer (DE Bar #3758)

ME1 7514974v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION: | ) |
| | ) |
| FREDERICK SEITZ and | ) |
| MARY LOUISE SEITZ, his wife | ) C.A. No. 08-CV-00351 GMS |
| | ) C.A. No. 08-CV-00353 GMS |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ADEL WIGGINS GROUP, *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice*, is granted.


Date: _____         _____
                                United States District Judge

ME1 7514974v.1