

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

July 16, 2008

A. Dale Bowers
Law Offices of Joseph J. Rhoades
1225 King Street,
12th Floor,
Wilmington, DE 19801

Re: Frederick Seitz and Mary Louise Seitz, etc., Pltfs. vs. Adel Wiggins Group, et al., Dfts. // To: Aerojet General Corporation

Case No. 08-CV-0351 - 08-CV-0353

Dear Mr. Bowers,

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Aerojet-General Corporation

Aerojet-General Corporation is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity  Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Jacqueline Witzman
Process Specialist

Log# 513640247

cc: Delaware U.S. District Court
    J. Caleb Boggs Fed. Bldg.,
    Lockbox 18,
    844 N King St., Rm. 4209,
    Wilmington, DE 19801-3570