IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

------------------------------X
:
IN RE: ASBESTOS LITIGATION:   :   C.A. No. 08-CV-00351 GMS
:   C.A. No. 08-CV-00353 GMS
FREDERICK SEITZ and           :
MARY LOUISE SEITZ, his wife   :
:
    Plaintiffs,             :
:
    v.                      :
:
ADEL WIGGINS GROUP, et al.,   :
:
    Defendants.             :
:
------------------------------X

## AFFIDAVIT OF NON-RECEIPT OF
## FIRST NOTICE PURSUANT TO 10 DEL C. § 3104

STATE OF DELAWARE   :
: SS.
NEW CASTLE COUNTY   :

    I, A. Dale Bowers, being duly sworn and deposed state that the following is true and correct to the best of my knowledge, information and belief:

1.    I am the attorney for plaintiff in the above-captioned matter.

2.    On June 9, 2008, an envelope containing a First Notice prescribed by 10 Del.C. §3104 was mailed by registered to defendant Air Cooled Motors.

3.    On Jul 29, 2008, the registered mail envelope referred to in item 2 was returned to sender marked "unclaimed"

4.    Attached hereto as Exhibit "A" is the receipt which was given by the United States Post Office at the time of mailing to the person mailing the registered envelope containing the First

Notice and a copy of the returned envelope referred to in Paragraph 3 of this Affidavit.

_____
A. DALE BOWERS

SWORN TO AND SUBSCRIBED before me this 4 day of August 20 08.

_____
NOTARY PUBLIC

STEPHEN T. MORROW, ESQ.
Attorney at Law
State of Delaware
Notarial Officer Pursuant to
29 Del.C. §4323(a)(3)

My Commission Expires:_____

**EXHIBIT "A"**

**Name and Address of Sender**
Joseph J. Rhoades, Esquire
P.O. Box 874
Wilmington, DE 19899-0874

**Check type of mail or service:**
- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [x] Return Receipt for Merchandise
- [ ] Signature Confirmation

(Fred Seitz)

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. RA311858854US | ADEL WIGGINS GROUP<br>Attn: Officer/Agent<br>5000 Triggs Street<br>Los Angeles, CA 90022 | 2.36 | 10.00 | | -0- | -0- | | | | | | 2.20 |
| 2. | | | | | | | | | | | | |
| 3. RA311858861US | AIR COOLED MOTORS<br>Attn: Officer/Agent<br>94 Hale Drive<br>Walterboro, SC 29488 | 2.26 | 10.00 | | | | | | | | | 2.20 |
| 4. | | | | | | | | | | | | |
| 5. RA311858875US | FLETCHAIR, INC.<br>Attn: Officer/Agent<br>118 FM 1621<br>Comfort, TX 78013-3425 | 2.26 | 10.00 | | -0- | -0- | | | | | | 2.20 |
| 6. | | | | | | | | | | | | |
| 7. RA311858889US | FRANKLIN AIRCRAFT ENGINES, INC.<br>136 Racquette Dr<br>Attn: Officer/Agent<br>Ft. Collins, CO 80524 | 2.26 | 10.00 | | 0 | 0 | | | | | | 2.20 |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender
Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

AIR COOLED MOTORS
Attn: Officer/Agent
94 Hale Drive
Walterboro, SC 29488

4a. Article Number
RA 311 858 861 US

4b. Service Type
☑ Registered      ☐ Certified
☐ Express Mail    ☐ Insured
☑ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994      Domestic Return Receipt

102595-98-B-0229

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?









AIR COOLED MOTORS
Attn: Officer/Agent
94 Hale Drive
Walterboro

Joseph J. Rhoades, Esquire
P.O. Box 874
Wilmington, DE 19899-0874