IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
IN RE: ASBESTOS LITIGATION:      :   C.A. No. 08-CV-00351 GMS
                                 :   C.A. No. 08-CV-00353 GMS
FREDERICK SEITZ and              :
MARY LOUISE SEITZ, his wife      :
                                 :
   Plaintiffs,                  :
                                 :
   v.                           :
                                 :
ADEL WIGGINS GROUP, et al.,      :
                                 :
   Defendants.                  :
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## PRAECIPE

TO:   U. S. District Court for the District of Delaware
Clerk's Office
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

PLEASE ISSUE SUMMONS to serve Summons and Complaint, upon defendant Aerojet-General Corporation pursuant to 10 Del. C. §3104 by delivering copies to defendant's agent for the Secretary of State for the State of Delaware.

                /s/  Joseph J. Rhoades
                _____
                Joseph J. Rhoades, Esquire (I.D. 2064)
                A. Dale Bowers, Esquire (I.D. 3932)
                1225 King Street, 12th Floor
                Wilmington, Delaware 19801
                302-427-9500
                Attorneys for Plaintiff(s)

DATE: August 14, 2008