IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
IN RE: ASBESTOS LITIGATION:   :   C.A. No. 08-CV-00351 GMS
:   C.A. No. 08-CV-00353 GMS
FREDERICK SEITZ and            :
MARY LOUISE SEITZ, his wife    :
:
    Plaintiffs,              :
:
    v.                       :
:
ADEL WIGGINS GROUP, et al.,    :
:
    Defendants.              :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**<u>MOTION TO ENLARGE TIME FOR SERVICE OF PROCESS</u>**

COMES NOW, plaintiffs by and through his undersigned attorneys and pursuant to Fed. R. Civ. P., Rule 4(m) and hereby request that the time for Service of Process on defendants, Aerojet-General Corporation, Air Cooled Motors, and Franklin Aircraft Engines, Inc., be extended for an additional 120 days. In support of this request, plaintiffs state the following:

1. On April 25, 2008, plaintiffs filed a Complaint in the State Court. This matter has been removed to this Court and plaintiffs' Motion to Remand is presently pending before this Court.

2. Despite plaintiffs' efforts service of process remains outstanding for three defendants Aerojet-General Corporation, Air Cooled Motors, and Franklin Aircraft Engines, Inc..

3. On or about June 6, 2006, the Sheriff filed its return "non est inventus" for defendant Aerojet –General Corporation. At this time plaintiffs have obtained an alternative

address and are in the process of service defendant Aerojet-General Corporation at that address via Delaware's long arm statute.

4. As for defendants Air Cooled Motors and Franklin Aircraft, both of these defendants are being served "long arm." At this time, plaintiffs have not received the return receipt for the complaint and statutory notice which was sent to defendant Air Cooled Motors and plaintiffs have submitted a request for a duplicate proof of delivery. The complaint and first notice to defendant Franklin Aircraft was returned "unclaimed" on July 29, 2008. On or about August 8, 2008, plaintiffs sent the complaint and second notice to defendant Franklin Aircraft registered mail return receipt requested.

5. Plaintiffs submit that the above demonstrates good cause for the failure to serve and justifies extending the time for service on these defendants. The ends of justice are best served by allowing an enlargement of the time for service of process on these defendants so that plaintiffs may properly perfect service.

WHEREFORE, plaintiffs respectfully request that there Motion to Enlarge Time for Service of Process for an additional 120 days be granted.

/s/    Joseph J. Rhoades
_____
Joseph J. Rhoades, Esquire (ID No. 2064)
A. Dale Bowers, Esquire (ID No. 3932)
1225 King St., 12th Floor
P.O. Box 874
Wilmington, DE  19801
302-427-9500
Attorneys for Plaintiff(s)

DATE:  August 16, 2008

ME1 5766687v.1

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2008, I caused service of a copy of the foregoing Plaintiffs' Motion for Enlargement on the following counsel of record and parties in the corresponding state court action, by U.S. Mail and/or e-file:

Christian J. Singewald, Esquire  (E-FILE)
White & Williams
824 Market Street, Suite 902
Wilmington, Delaware 19801-4938

Beth Valocchi, Esquire (U.S. MAIL)
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
Wilmington, Delaware 19801

Loreto P. Rufo, Esquire (U.S. MAIL)
Rufo Associates, P.A.
7217 Lancaster Pike, Suite 4
Hockessin, Delaware 19701

Gary H. Kaplan, Esquire (E-FILE)
Armand J. Della Porta, Esquire
Ana Marina McCann, Esquire
Marshall Dennehey Warner
Coleman & Goggin
1220 North Market Street, 5th Floor
Post Office Box 8888
Wilmington, Delaware 19899-8888

Lynne M. Parker, Esquire  (E-FILE)
Holistein, Keating, Cattell,
Johnson & Goldstein
One Commerce Center, Suite 730
1201 North Orange Street
Wilmington, Delaware 19801

Daniel M. Silver, Esquire (E-FILE)
Noriss E. Cosgrove, Esquire
McCarter & English, LLP
405 North King Street, 8th Floor
Post Office Box 111
Wilmington, Delaware 19899

J. Michael Johnson, Esquire (U.S. MAIL)
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
Post Office Box 588
Wilmington, Delaware 19899-0588

Jeffrey S. Marlin, Esquire (E-FILE)
Megan T. Mantzavinos, Esquire
Marks O'Neill O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, Delaware 19801

Penelope B. O'Connell, Esquire (E-FILE)
Elzufon Austin Reardon Tarlov
& Mondell, P.A.
300 Delaware Avenue, Suite 1700
Post Office Box 1630
Wilmington, Delaware 19899-1630

Robert K. Beste, III, Esquire (E-FILE)
Smith, Katzenstein & Furlow
P.O. Box 410
Wilmington, DE  19899

Air Cooled Motors (U.S. MAIL)
94 Hale Dr.
Walterboro, SC  29488

CURTISS-Wright Corporation (U.S. MAIL)
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

Goodrich Corporation. (U.S. MAIL)
c/o Corporation Service Company
2711 Centerville Road, Suite
Wilmington, Delaware 19808

Paul A. Bradley, Esquire (E-FILE)
Maron Marvel Bradley & Anderson, P.A.
1201 North Market Street, Suite 900
Post Office Box 288
Wilmington, Delaware 19899

Adel Wiggins Group (U.S. MAIL)

Attn: Officer/Agent
5000 Triggs Street
Los Angeles, California 90022

Aerojet General Corporation (U.S. MAIL)
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

Fletch Air, Inc. (U.S. MAIL)
118 FM 1621
Comfort, TX  78013-3425

Franklin Aircraft Engines, Inc. (U.S. MAIL)
136 Racquette Dr.
Ft. Collis, CO  80524

Rolls Royce North America, Inc. (U.S. MAIL)
c/o Corporation Service Co.
2711 Centerville Rd., Suite 400
Wilmington, DE  19808

/s/A. Dale Bowers
_____
Joseph J. Rhoades, Esquire (Bar ID No. 2064)
A. Dale Bowers, Esquire (Bar ID No. 3932)
1225 King Street, 12th Flr.
P.O. Box 874
Wilmington, DE  19899
302-427-9500
Attorneys for Plaintiff

LEVY PHILLIPS & KONIGSBERG, LLP
Jerome H. Block, Esquire (NY ID No. 3997246)
Sharon J. Zinns, Esquire (CA ID No. 241476)
Amber R. Long, Esquire (NY ID No. 4397188)
800 Third Ave., 13th Flr.
New York, NY  10022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
IN RE: ASBESTOS LITIGATION:                   :   C.A. No. 08-CV-00351 GMS
                                              :   C.A. No. 08-CV-00353 GMS
FREDERICK SEITZ and                           :
MARY LOUISE SEITZ, his wife                   :
                                              :
     Plaintiffs,                              :
                                              :
                                              :
         v.                                   :
                                              :
ADEL WIGGINS GROUP, et al.,                   :
                                              :
     Defendants.                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
```

**NOTICE OF MOTION**

TO:

    U. S. District Court for the District of Delaware
    Clerk's Office
    J. Caleb Boggs Federal Building
    844 North King Street
    Wilmington, DE 19801

    PLEASE TAKE NOTICE that the within Motion will be heard at the convenience of the

Court.

                                        /s/ Joseph J. Rhoades
                                        _____
                                        Joseph J. Rhoades, Esquire (I.D. 2064)
                                        A. Dale Bowers, Esquire (I.D. 3932)
                                        1225 King Street, 12th Floor
                                        Wilmington, Delaware 19801
                                        302-427-9500
                                        Attorneys for Plaintiff(s)

DATE: August 16, 2008

ME1 5766687v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
IN RE: ASBESTOS LITIGATION:     :    C.A. No. 08-CV-00351 GMS
:    C.A. No. 08-CV-00353 GMS
FREDERICK SEITZ and                :
MARY LOUISE SEITZ, his wife    :
:
    Plaintiffs,                     :
:
       v.                         :
:
ADEL WIGGINS GROUP, et al.,    :
:
    Defendants.                 :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

This____day of _____, 200___ plaintiffs having presented to the Court their Motion to Enlarge Time for Service of Process.

IT IS HEREBY ORDERED that plaintiffs' Motion is GRANTED and that the time for service of process is extended for 120 days.

_____
The Honorable Gregory M. Sleet