

CT
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

August 01, 2008

A Dale Bowers
Law Office of Joseph J. Rhoades
1225 King Street,
12th Floor,
Wilmington, DE 19801

Re: Frederick Seitz and Mary Louise Seitz, etc., Pltfs. vs. Adel Wiggins Group, et al., Dfts. // To: Aerojet General Corporation

Case No. 08-CV-0351, 08-CV-0353

Dear Mr. Bowers,

We are herewith returning the Notice, Memorandum of Law, Affidavit, Proposed Order, Certificate of Service which we received regarding the above captioned matter.

Aerojet-General Corporation withdrew to do business in the State of DE on 04/28/1997. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,

Jacqueline Witzman
Process Specialist

Log# 513702589

cc: Delaware U.S. District Court
    J. Caleb Boggs Fed. Bldg.,
    Lockbox 18,
    844 N King St., Rm. 4209,
    Wilmington, DE 19801-3570