

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

August 04, 2008

A. Dale Bowers
Law Office of Joseph J. Rhoades
1225 King Street,
12th Floor,
Wilmington, DE 19801

Re: Frederick Seitz and Mary Louis Seitz, etc., Pltfs. vs. Adel Wiggins Group, et al., Dfts. // To: Curtis-Wright Corporation

Case No. 08-CV-0351, 08-CV-0353  **GMS**

Dear Mr. Bowers,

We are herewith returning the Notice, Memorandum, Affidavit, Proposed Order, Certificate of Service which we received regarding the above captioned matter

Curtis-Wright Corporation is not listed on our records or on the records of the State of DE.

Very truly yours,

Jacqueline Witzman
Process Specialist

Log# 513707660

cc: Delaware U S. District Court
    J. Caleb Boggs Fed. Bldg.,
    Lockbox 18,
    844 N King St., Rm. 4209,
    Wilmington, DE 19801-3570